UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Jeffrey Bartram, Manuel Gonzales III, and Board of County Commissioners for the County of Bernalillo<br><br>v.<br><br>Karina Hodge | Case No.   21-2125 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

**COMES NOW**, Appellant/Defendant, Jeffrey Bartram ("Deputy Bartram") through his counsel of record, Robles, Rael & Anaya, P.C. (Taylor S. Rahn) and in accordance with 10th Cir. R. 27.6, submits this unopposed motion for an extension of three (3) weeks to file his reply to Plaintiff-Appellee's Response Brief. As grounds, Deputy Bartram states the following:

1. On December 29, 2021, Appellant/Defendant Bartram filed his opening brief.

2. Plaintiff-Appellee filed her Response Brief on March 16, 2022.

3. This Court issued a minute order on March 16, 2022 stating that Deputy Bartram is to file his reply to Plaintiff-Appellee's Response Brief by April 6, 2022.

4. Ms. Rahn is sole counsel for Deputy Bartram.

5. Ms. Rahn suffered a broken bone in her hand that will require surgery.

6. Due to the injury and required recovery time, counsel for Deputy Bartram will need an additional three (3) weeks to submit the reply brief.

7. Counsel for Plaintiff/Appellee has been contacted and does not oppose the instant motion.

**WHEREFORE**, counsel for Deputy Bartram respectfully requests this Court grant an extension of three (3) weeks to file the reply brief, extending the current deadline of April 6, 2022 to April 27, 2022.

Respectfully submitted,

**ROBLES, RAEL & ANAYA, P.C.**

By:   /s/ Taylor S. Rahn
Taylor S. Rahn
Attorney for Deputy Bartram
500 Marquette Ave. NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
taylor@roblesrael.com

I hereby certify that on this 31st day of March 2022, the foregoing was served via CM/ECF system to all counsel of record.

/s/ Taylor S. Rahn
Taylor S. Rahn

2